# DAMAGES

Table 1 Damages – Sum Certain

| Legal Source of Remedy | Brief Section | Description | Amount | How Calculated |
|---|---|---|---|---|
| 18 U.S.C. § 1593 KRS 337.385 | I. | Victim's Losses (Labor) at prevailing wage or in the alternative at the FLSA Minimum | 69,936.00 Or 63,379.50 | 8742 hours x $8.00<br><br>8742 hours x $7.25 |
| 29 U.S.C. § 216 (FLSA) | II. | Liquidated Damages | 69,936.00 Or 63,379.50 | =Victim's losses |
| KRS 337.385 and 529.010 | III. | Treble Damages for Wage Violations involving Human Trafficking | 209,808 Or 190,138.50 | Three (3) times the Victim's Labor Damages. |
| Conversion | IV. | Wages from Marriott Hotel | 9,400 | Victim's 2012 W2 |
| Conversion | IV. | SNAP (Food Stamps) | 2,772 | 18 Months x $154.00 |
| Conversion | IV. | Checks from Kentucky Refugee Ministries and Catholic Charities of Louisville | 2,145 | Kentucky Refugee Ministry and Catholic Charities of Louisville Records. Sum of Checks. |
| Conversion | IV. | Personal identification papers | 114 | Deprivation of use of identification papers calculated as equal to award affirmed by the Western District of Kentucky in similar human trafficking case. *See Cruz v. Toliver,* 2007 U.S. Dist. LEXIS 24468 (W.D. Ky. Mar. 30, 2007). |

Table 2 Damages – Sum Not Certain
To be determined by the court at the requested hearing

| Legal Source of Remedy | Brief Section | Description | Amount |
|---|---|---|---|
| 15 U.S.C. § 1595<br>29 U.S.C. § 216(b)<br>KRS 337.385(3) | VI. | Attorney's Fees | To be submitted. |
| 29 U.S.C. § 216(b)<br>KRS 337.385(3) | VI. | Costs | To be submitted. |
| | | | |
| KRS § 360.040 | IV. | Statutory Interest on Converted Items | To be calculated upon award. |
| Punitive Damages for Conversion, *Motors Ins. Corp. v. Singleton*, 677 S.W.2d 309 (Ky. App. 1984) | IV. | Punitive or exemplary damages for intentional or deliberate wrongdoing | At the discretion of the Court. |
| | | | |
| Intentional Infliction of Emotional Distress | V. | Damages and Punitive Damages | At the discretion of the Court. |