# WAGE STATEMENT FROM CROTHALL HEALTHCARE

Wage statement showing hourly wage of $8.00 per hour (416.00/52.00).

CROTHALL HEALTHCARE INC.
[illegible] CHESTERBROOK BLVD. SUITE 300
WAYNE, PA 1908[illegible]

CHECK NO: A708193
CHECK DATE: [illegible]
PERIOD ENDING: [illegible]
PAY FREQUENCY: [illegible]

CLAUDINE NZIGIRE NDUSHA
100 LAKESHORE DRIVE
APT 77
LEXINGTON, KY 40502

IMPORTANT MESSAGE

HOURS AND EARNINGS

| DESCRIPTION | CURRENT HOURS/UNITS | CURRENT EARNINGS | Y-T-D HOURS/UNITS | Y-T-D EARNINGS |
|---|---|---|---|---|
| SHIFT .50 | 72.42 | 616.57 | 272.63 | 2317.28 |
| OT SHIFT .50 | .72 | 8.18 | 20.16 | 257.05 |
| REGULAR | | | 52.00 | 416.00 |
| SHIFTS .25 | | | 1.23 | 10.56 |
| TOTAL H/E | 73.14 | 624.75 | 346.02 | 3000.90 |

TAXES AND DEDUCTIONS

| DESCRIPTION | CURRENT AMOUNT | Y-T-D AMOUNT |
|---|---|---|
| SO SEC TAX | 38.72 | 186.06 |
| MEDICARE TAX | 9.05 | 43.51 |
| FED INC TAX | 41.28 | 211.93 |
| PRI-STATE TAX | 23.12 | 111.74 |
| TOTAL TAXES | 112.26 | 553.24 |

AFTER-TAX DEDUCTIONS

SPECIAL INFORMATION

PRE-TAX ITEMS

TOTAL PRE-TAX

| TOTAL | 73.14 | 624.75 | 346.02 | 3000.90 |
|---|---|---|---|---|

TOTAL PER DED

| | GROSS | EXMP FRM DED | TAXABLE WAGES | LESS TAXES | LESS DED | NET PAY |
|---|---|---|---|---|---|---|
| CURRENT | 624.75 | .00 | 624.75 | 112.26 | .00 | 512.49 |
| Y-T-D | 3000.90 | .00 | 3000.90 | 553.24 | .00 | 2447.72 |

CURRENT NET PAY DISTRIBUTION

| | |
|---|---|
| C [illegible] | 512.49 |
| CHECK AMOUNT | .00 |
| TOTAL CURRENT NET PAY | 512.49 |

Statement Of Earnings — Detach at perforation below and keep for your records — A Payroll Service By Ceridian

CROTHALL HEALTHCARE INC.
[illegible] CHESTERBROOK BLVD SUITE 300
WAYNE, PA 1908[illegible]

DATE: 03-29-13    CHECK NO: A708193

YOUR NET PAY HAS BEEN DEPOSITED IN YOUR BANK ACCOUNT(S). PLEASE REVIEW THE "CURRENT NET PAY DISTRIBUTION" SECTION OF YOUR STATEMENT OF EARNINGS FOR DETAILS.

CLAUDINE NZIGIRE NDUSHA
100 LAKESHORE DRIVE
APT 77
LEXINGTON, KY 40502

NOT NEGOTIABLE

