## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF KENTUCKY
### CENTRAL DIVISION
### AT LEXINGTON

CIVIL ACTION NO. 2014-062 (WOB)

CLAUDINE NZIGIRE CHIGANGU
A/K/A CLAUSINE NDUSHA                                    PLAINTIFF

VS.                          <u>ORDER</u>

SIFI NDUSHA                                              DEFENDANT


 Pursuant to the Court's Order/Minute Entry Order entered at docket entry 14,

 **IT IS ORDERED** that plaintiff's motion for default judgment is also **DENIED.**

 This 18th day of August, 2014.



Signed By:

<u>*William O. Bertelsman*</u> *WOB*

**United States District Judge**