UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| CLAUDINE NZIGIRE CHIGANGU, ) | |
| a.k.a. Claudine NDusha ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:14-cv-00062-KSF |
| ) | |
| SIFA NDUSHA, ) | |
| ) | |
| Defendant. ) | |

### ANSWER OF PLAINTIFF, CLAUDINE NZIGIRE CHIGANGU, TO COUNTERCLAIM OF DEFENDANT, SIFA NDUSHA

Plaintiff, Claudine Nzigire Chigangu, a.k.a. Claudine NDusha ("Plaintiff"), by counsel, hereby submits the following answer to the Defamation counterclaim of Defendant, Sifa NDusha ("Ms. NDusha" or "Defendant").

### FIRST DEFENSE

The counterclaim of Defendant fails to state a law or claim upon which relief may be granted and therefore should be dismissed.

### SECOND DEFENSE

Any statements made by Plaintiff are privileged.

### THIRD DEFENSE

Any statements made by Plaintiff are protected under the First Amendment.

### FOURTH DEFENSE

Any statements made by Plaintiff are true and truth is an absolute defense to a claim for defamation.

### FIFTH DEFENSE

1.   Ms. Chigangu admits the allegations set forth in paragraph 1 of the counterclaim.

2. Ms. Chigangu admits the allegations set forth in paragraph 2 of the counterclaim.

3. The allegations in paragraph 3 are statements of law and require no response. Pursuant to Rule 8(b)(6), such allegations are taken as denied or avoided.

4. Ms. Chigangu denies the allegations in paragraph 4 as there is no basis for this claim and therefore no damages.

5. The allegations in paragraph 5 are statements of law and require no response. Pursuant to Rule 8(b)(6), such allegations are taken as denied or avoided.

6. Ms. Chigangu admits that she and Defendant came to the United States of America together but denies the circumstances alleged by Defendant in paragraph 6.

7. Ms. Chigangu admits that she and Defendant came to the United States of America together but denies the circumstances alleged by Defendant in paragraph 7.

8. Ms. Chigangu admits as alleged in paragraph 8 that she did not speak English upon her arrival but denies knowledge of Defendant's fluency as alleged therein.

9. Ms. Chigangu admits the allegations in paragraph 9.

10. Ms. Chigangu admits that she is Congolese, but denies the reminder of the allegations in paragraph 10.

11. Ms. Chigangu denies the allegations in paragraph 11.

12. Ms. Chigangu denies the averments in paragraph 12.

13. Ms. Chigangu denies the averments in paragraph 13.

14. Ms. Chigangu denies the averments in paragraph 14.

15. The allegations in paragraph 15 require no response. Pursuant to Rule 8(b)(6), such allegations are taken as denied or avoided.

16. Ms. Chigangu denies the averments in paragraph 16.

17. Ms. Chigangu denies the averments in paragraph 17.

18. Ms. Chigangu denies the averments in paragraph 18.

19. The allegations in paragraph 19 are statements of law and require no response. Pursuant to Rule 8(b)(6), such allegations are taken as denied or avoided.

WHEREFORE, Plaintiff Claudine Nzigire Chigangu respectfully prays for the following relief:

1. Dismissal of the Counterclaim, with prejudice;

2. Her costs incurred herein;

3. Attorney fees to the extent authorized by law; and

4. Such other relief to which she may be entitled.

Respectfully submitted,

/s/ Colin H. Lindsay
Colin H. Lindsay
Marisa E. Main
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, KY  40202
(502) 540-2300
(502) 585-2207 (Facsimile)
colin.lindsay@dinsmore.com
marisa.main@dinsmore.com

and

William T. Lunceford
William T. Lunceford PLC
2450 Moffett Road
Independence, KY  41051
(859) 512-4172
william@luncefordlaw.com
*Counsel for Plaintiff Claudine Nzigire Chigangu a.k.a. Claudine NDusha*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 11th day of September, 2014, a copy of the foregoing was filed electronically and served via ECF to the appropriate counsel.

               /s/ Colin H. Lindsay
              *Counsel for Plaintiff Claudine Nzigire Chigangu*
              *a.k.a. Claudine NDusha*