FILED ELECTRONICALLY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

| | |
|---|---|
| **CLAUDINE NZIGIRE CHIGANGU,** ) <br> **a.k.a. Claudine Ndusha** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **SIFA NDUSHA,** ) <br> ) <br> Defendant ) | Case No. 5:14-cv-00062-KSF |

### MOTION FOR SUMMARY JUDGMENT

Comes the Defendant, Sifa Ndusha ("Ms. Ndusha"), by and through counsel, and pursuant to Fed. R. Civ. Proc. 56 hereby moves this Court for entry of an Order granting Ms. Ndusha summary judgment against the Plaintiff, Claudine Nzigire Chigangu, on all Counts of Plaintiff's Complaint due to lack of issue of material fact.

In support of its Motion and in accordance with LR 7.1(a), Ms. Ndusha submits the Memorandum of Law in Support of Motion for Summary Judgment filed herewith.

Respectfully submitted,

/s/ Masten Childers, III
David J. Guarnieri, Esq.
Masten Childers, III, Esq.
McBRAYER, McGINNIS, LESLIE
  & KIRKLAND, PLLC
201 E. Main Street, Suite 900
Lexington, Kentucky 40507
Telephone: (859) 231-8780
Facsimile: (859) 231-6518
dguarnieri@mmlk.com
mchilders@mmlk.com
COUNSEL FOR DEFENDANT,
SIFA NDUSHA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served electronically via CM/ECF on this 15th day of October, 2015 to the following:

Philip M. Longmeyer, Esq.
Marisa E. Main, Esq.
Dinsmore & Shohl, LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Telephone: (502) 540-2300
Facsimile: (502) 585-2207
phiilip.longmeyer@dinsmore.com
marisa.main@dinsmore.com

and

William T. Lunceford
William T. Lunceford, PLC
2450 Moffett Road
Independence, Kentucky 41051
Telephone: (859) 512-4172
william@luncefordlaw.com

COUNSEL FOR PLAINTIFF,
CLAUDINE NZIGIRE CHIGANGU
a/k/a CLAUDINE NDUSHA

/s/ Masten Childers, III
COUNSEL FOR DEFENDANT,
SIFA NDUSHA