UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
AT LEXINGTON

CIVIL ACTION NO. 5:14-cv-00062 (WOB)

CLAUDINE NZIGIRE CHIGANGU
A/K/A CLAUDINE NDUSHA                                          PLAINTIFF

VS.                                    **ORDER**

SIFA NDUSHA                                                    DEFENDANT

This matter came before the Court for a settlement conference on Monday, March 14, 2016. Philip M. Longmeyer, William T. Lunceford, and Marisa E. Main represented Plaintiff Claudine Chigangu who was present. Lilian Bosunga was also present as an interpreter for Plaintiff. Masten Childers represented Defendant Sifa Ndusha who was present.

The Court facilitated settlement negotiations between the parties, who after pursuing negotiations privately, advised the Court that they had reached a settlement.

Therefore, the Court being advised,

**IT IS ORDERED** that this case be, and is it is, hereby **DISMISSED,** as settled..

This 15th day of March, 2016.



Signed By:
*William O. Bertelsman* WOB
United States District Judge

TIC: 55 min.